STATE OF NEW JERSEY v. ANTHONY F. DITRI.

September 30, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. JESSIE MILLER.

September 30, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. RONALD MIDDLETON.

September 30, 1980.

Petition for certification denied.

ELMER FREUND & CAROL FREUND v. CELLOFILM
PROPERTIES, INC.

September 30, 1980.

Petition for certification granted.